ORIGINAL



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

IMA:TAJ:lf
F.# 9605549
TJ7_197.LTR

*United States Attorney's Office*
*1 Pierrepont Plaza*
*Brooklyn, New York 11201*

FILED
April 3 1997
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★  APR 3 1997  ★
TIME P.M. _____
A.M. _____

96 misc. 142

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States of America, et ano v.
Morris J. Silberstein
Miscellaneous Action No. 96-142 (EDNY)

Dear Judge Gleeson:

The United States filed an order to show cause in this summons enforcement matter on November 25, 1996. After hearings were held on January 10, 1997 and March 14, 1997, the taxpayer submitted all delinquent tax returns to this office. He has therefore complied with the summons and no further enforcement action is required.

The case is dismissed. So ordered.

John Gleeson USDJ
4-8-97

8.

2

        In light of this, the United States respectfully requests that this case be closed.

                     Very truly yours,

                     ZACHARY W. CARTER
                     UNITED STATES ATTORNEY

By:                      
                     THOMAS A. JONES, JR.
                     Special Assistant U.S. Attorney
                     (718) 254-6024

cc:  Mr. Morris J. Silberstein
     2209 Avenue J
     Brooklyn, NY 11210

     Robert F. Katzberg, Esq.
     Kaplan & Katzberg
     767 Third Avenue
     26th Floor
     New York, New York 10017

CIVIL CAUSE FOR STATUS CONFERENCE

BEFORE JUDGE: _Gleeson_ DATE: _3/14/97_ TIME: _____

DOCKET NUMBER: _M.I.S.C. 96-142_

TITLE: _USA_ v _Silberstein_

COURT DEPUTY: Vivian Virno _____ CR OR ESR: _Hally Driscoll_

APPEARANCES:

FOR PLAINTIFF: _Jim Jones_

FOR PLAINTIFF: _____

FOR DEFENDANT: _Robert Katzberg_

FOR DEFENDANT: _____

___ CASE CALLED.

___ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR_____NOT PRESENT

___ STATUS CONFERENCE HELD

___ CASE MARKED READY FOR JURY\NON JURY TRIAL ON_____

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ CASE DISCONTINUED WITHOUT PREJUDICE AND WITHOUT COSTS.

___ ALL DISCOVERY TO BE COMPLETED BY_____

___ _____MOTION TO_____

___ MOTION HEARING HELD ___ MOTION GRANTED ___ MOTION DENIED

___ MOTION GRANTED IN PART AND DENIED IN PART

___ DECISION RESERVED ___ DECISION READ INTO THE RECORD.

___ ORDER TO BE SUBMITTED BY_____

___ MOTION HEARING ADJOURNED TO_____

___ FURTHER STATUS CONFERENCE SCHEDULED FOR_____

___ OTHER_____

**BEFORE JUDGE:** GLEESON        **DATE:** _____ **TIME:** _____

**DOCKET NUMBER:** _MISC 96-142_

**TITLE:** _USA v Silberstein_

**COURT DEPUTY:** Vivian V. Klein       **CR OR ESR:** _____

**PLAINTIFF(S)/DEFENDANT(S) MOTION FOR** _to enforce an IRS summons_

APPEARANCES:

FOR PLAINTIFF: _Tom Jones AUSA_

FOR PLAINTIFF: _____

FOR DEFENDANT: _Robert Katzberg_

FOR DEFENDANT: _____

X  CASE CALLED.

X  COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR_____NOT PRESENT

___ STATUS CONFERENCE HELD

___ CASE MARKED READY FOR JURY\NON JURY TRIAL ON_____

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ CASE DISCONTINUED WITHOUT PREJUDICE AND WITHOUT COSTS.

___ ALL DISCOVERY TO BE COMPLETED BY_____

___ _____MOTION TO_____

X  MOTION HEARING HELD ___  MOTION GRANTED ___  MOTION DENIED

___ MOTION GRANTED IN PART AND DENIED IN PART

___ DECISION RESERVED ___ DECISION READ INTO THE RECORD.

___ ORDER TO BE SUBMITTED BY_____

___ MOTION HEARING ADJOURNED TO_____

___ FURTHER STATUS CONFERENCE SCHEDULED FOR_____

___ OTHER _The petition is held in abeyance. Next conf_
_schedule for 3/14/98 @ 9:30AM_



**ORIGINAL**

AFFIDAVIT OF PERSONAL SERVICES

**FILED** *T.A., et ano* v. *MORRIS J. SILBERSTEIN*

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y.

*TAJ-7228*

*MISC. 96-142*

*(Gleeson, J.)*

STATE OF NEW YORK )
) SS.:
COUNTY OF   Kings   )

★ DEC 1 0 1996 ★

TIME A.M. _____
P.M. _____

_____Joan Sterling_____, being duly sworn, says that

She is employed in the office of the District Director of the

Internal Revenue Service. That on the __9th__ day of

__December 1996__, She served a true copy of the annexed

Order to Show Cause and Memorandum on __Morris J. Silberstein__

_____, located at __2209 Avenue J__

__Brooklyn__, New York __11210__

by leaving a true copy of same ~~with~~ at personal residence of Morris J. Silberstein
and by mailing a true copy of the annexed order to show cause and
memorandum to Morris J. Silberstein by regular mail and certified mail
on the 9th day of December 1996.

*Joan Sterling*

Sworn to before me this

__10th__ day of __December, 1996__

*Bernard Karoff*
NOTARY PUBLIC

BERNARD KAROFF
Notary Public, State of New York
No. 41-4728696
Qualified in Queens County
Commission Expires Feb. 28, 1997

FILED
IN CLERKS OFFICE
U.S. D_____ COURT ED. N.Y.

TIME A.M.

**Morris J. Silberstein**
2209 Avenue J
Brooklyn, New York 11210

*Granted. The response shall be
filed on or before January 7, 1997.
So ordered.*

*John Gleeson
USDJ*

*12-31-96*

December 30, 1996

Honorable Judge J. Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re   Order to show cause
     Misc. 96-142

Dear Judge Gleeson,

I am hereby requesting additional time to respond to the above
order to show cause.

I apologize for the delay in my response.  I received the documents
on December 17, 1996 and had 10 days to respond.  Due to the year
end pressures of my business I could not respond.

I appreciate any extension that can be granted.

Sincerely,

Morris J. Silberstein

cc:  Mr. Thomas A. Jones, Jr.

## FAX COVER SHEET

To: Honorable Judge J. Gleeson

From:    Morris J. Silberstein

Date:    December 30, 1996

Number of Pages to follow 1

Fax Number 718-260-2457

cc: Mr. Thomas A. Jones, Jr. 718-254-6081

Comments: If you do not receive the full transmission please call
212-687-8177.

# ORIGINAL

IMA:TAJ:lf
F.#
TJ6_220.PET

TAJ-7228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GLEESON, J.

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA and
JOAN STERLING, Revenue
Officer of the Internal Revenue
Service,

PETITION TO ENFORCE
INTERNAL REVENUE
SERVICE SUMMONS

142

MISC. 90

Petitioners,

Miscellaneous Action
No.

- against -

MORRIS J. SILBERSTEIN,

Respondent.

- - - - - - - - - - - - - - - - -X

The United States of America, by its attorney, ZACHARY W.

CARTER, United States Attorney for the Eastern District of New

York, THOMAS A. JONES, JR., Special Assistant U.S. Attorney, of

counsel, alleges on information and belief:

1.   This is a proceeding brought pursuant to Sections

7402(b) and 7604(a) of the Internal Revenue Code of 1954, 26 U.S.C.

§§ 7402(b) and 7604(a), to judicially enforce an Internal Revenue

summons.

2.   The respondent, MORRIS J. SILBERSTEIN, resides and

was served at 2209 Avenue J, Brooklyn, New York 11210, which is

within the jurisdiction of this Court.  The summons was served by

leaving an attested copy at the last and usual place of abode of

Mr. Morris J. Silberstein at 4:00 p.m. on July 11, 1996.

3.   Revenue Officer JOAN STERLING is employed as a

revenue officer in the Office of the District Director of Internal



ORIGINAL

Revenue, Collection Division, Brooklyn District, with a post of duty at 625 Fulton Street, 10 Metrotech Center, Brooklyn, New York 11201.

4.    Revenue Officer JOAN STERLING is conducting an investigation for the purpose of determining the tax liability of Mr. Morris J. Silberstein, for the tax periods ending December 31, 1992, December 31, 1993, December 31, 1994 and December 31, 1995. The nature of this investigation is more fully set forth in her affidavit, annexed as Exhibit A.

5.    The respondent is in possession or control of books, records and other papers or has knowledge relating to the above-described investigation.

6.    On July 11, 1996, Internal Revenue Service summons, a copy of which is annexed as Exhibit B, was duly issued, directing the respondent to appear to testify and produce for examination books, records and other papers more fully described in the summons.   A copy of this summons was served on the respondent, MORRIS J. SILBERSTEIN, at the time and in the manner indicated on the Certificate of Service of Summons, which is page 2 of Exhibit B.

7.    Subsequently, on September 13, 1996, the Internal Revenue Service sent a "Failure to Respond" letter (Form 2N56) to Mr. Morris J. Silberstein (a copy of which is annexed as Exhibit C), directing him to appear before a Revenue Officer at the time and place specified therein.

8.   The books, papers, records or other data sought by the summons are not in petitioner's possession.

9.   The testimony and documents sought by the summonses may be relevant to and can reasonably be expected to cast light upon the respondent's correct tax liabilities for the periods under investigation.

10.   Respondent, MORRIS J. SILBERSTEIN, did not appear on the return date of the summons nor in response to the "Failure to Respond" letter.  His refusal to comply with the summons continues to date.

11.   It is the practice of this Court to proceed by Order to Show Cause in these matters.

12.   No previous application has been made for the order or relief sought.

WHEREFORE, the petitioner respectfully prays:

1.   That this Court enter an order directing the respondent to show cause why he should not comply with and obey the summonses served on him; and

2.   That this Court enter an order directing the respondent to obey the summons served upon him and ordering his attendance and testimony and the production of the records, books and other data called for by the terms of the summons before any proper officer of the Internal Revenue Service, at such time and place as hereafter may be fixed by such officer and by ordering the respondent to appear for the purpose of giving testimony concerning

4

his federal income tax liabilities as to the tax periods under investigation; and

       3.    That this Court grant such other and further relief as it deems just and proper.

Dated:  Brooklyn, New York
        *nov. 25* , 1996

                    ZACHARY W. CARTER
                    United States Attorney
                    Eastern District of New York
                    One Pierrepont Plaza, 14th Fl.
                    Brooklyn, New York 11201

        By:  _____
                    THOMAS A. JONES, JR.
                    Special Assistant U.S. Attorney
                    (718) 254-6024

# ORIGINAL

**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

UNITED STATES OF AMERICA and          :

J. Sterling, Revenue Officer
of the
Internal Revenue Service,
                    Petitioners,:          <u>AFFIDAVIT</u>


                    vs.

Morris J. Silberstein
2209 Avenue J
Brooklyn, NY  11210
                    Respondent. :

--------------------------------------x

STATE OF New York      )
                       ) SS
COUNTY OF Kings        )

    I  J. Sterling, being first duly sworn, depose and say:

    1.  I am employed as a Revenue Officer in the office of the District Director of Internal Revenue, Brooklyn District, with a post of duty at 625 Fulton Street, 10 MetroTech, Brooklyn, New York,  11201

    2.  In my capacity as a Revenue Officer, I am conducting an investigation for the purpose of obtaining information to determine the income tax liabilities of Morris J. Silberstein for the period (s) ending December 31, 1992, December 31, 1993, December 31, 1994 and December 31, 1995.

    3.  As a part of the above investigation an Internal Revenue Service summons was issued directing the respondent Morris J. Silberstein

*Exhibit A*

ORIGINAL

-2-

to appear before J. Sterling, Revenue Officer on August 22, 1996, to testify and produce for examination the books, records and other papers described in the body of said summon; a copy of this summons is attached to the Petition as Exhibit B.

4.  On July 11, 1996, Revenue Officer, C. Murray served the Internal Revenue Service summons described in paragraph 3 above on the respondent by leaving an attested copy of the Summons at the last and usual place of abode of Mr. Morris Silberstein.

5.  On August 22, 1996, the respondent failed to keep the summons appointment.  The respondent's failure to comply with the summons continues to the date of this affidavit.

6.  It is necessary to examine the books, records and other papers demanded by the summons and to take the testimony of the respondent in order to ascertain the tax liabilities of Morris J. Silberstein for the period (s) ending December 31, 1992, December 31, 1993, December 31, 1994, and December 31, 1995.

_Joan Sterling_
AFFIANT

SUBSCRIBED AND SWORN to before me
this  2 3rd  day of October, 1996

_Bernard Karoff_

BERNARD KAROFF
Notary Public, State of New York
No. 41-4728696
Qualified in Queens County
Commission Expires Feb. 28, 1997

**ORIGINAL**

Form 6638
(Rev. October 1993)

# Summons
## Income Tax Return



**Department of the Treasury**
**Internal Revenue Service**

In the matter of _MORRIS J. SILBERSTEIN_
_2209 Avenue J Brooklyn, New York 11210_

Internal Revenue District of _BROOKLYN_   Periods _1992, 1993, 1994, 1995_

The Commissioner of Internal Revenue

To _MORRIS J. SILBERSTEIN_

At _2209 Avenue J Brooklyn, New York 11210_

You are hearby summoned and required to appear before _JOAN STERLING_
an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years:
_1992, 1993, 1994, 1995_

These records and documents include, but are not limited to: Forms W-2 (Wage and Tax Statement), Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents, and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services (including receipt of property other than money). Include all documents and records about any income you assigned to any other person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return:
_1992, 1993, 1994, 1995_

We have attached a blank return to guide you in producing the necessary documents and records.

| Do not write in this space |
| --- |

Business address and telephone number of Internal Revenue Service officer named above:
_P.O. Box 911 Brooklyn, New York 11201_   Tel No. _(718) 488-2800_

Place and time for appearance:
at _625 FULTON STREET, 10 METROTECH, BROOKLYN, N.Y. 11201   5th FL._
on the _22nd_ day of _AUGUST_, 19 _96_ at _10_ o'clock _A_ m.
Issued under authority of the Internal Revenue Code this _11th_ day of _JULY_, 19 _96_

_Joan Sterling_
Signature of Issuing Officer

_REVENUE OFFICER_
Title

Signature of Approving Officer (If applicable)

Title

_Exhibit B_

Original to be kept by IRS     Catalog No. 61828W     Form **6638** (Rev. 10-93)

Form 6638 (Rev. 10-93)



# Certificate of
# Service of Summons

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on
the front of this form on:

| Date | Time |
|------|------|
| July 11, 1992 | 4:00 Pm |

## How Summons Was Served

☐ I handed an attested copy of the summons to
the person to whom it was directed.

☑ I left an attested copy of the summons
at the last and usual place of abode of
th person to whom it was directed. I
left the copy with the following
person (if any):

| Signature | Title |
|-----------|-------|
| Camille Murray | Revenue Officer |

I certify that the copy of the summons served
contained the required certification.

| Signature | Title |
|-----------|-------|
| Camille Murray | Revenue Officer |

DISTRICT COUNSEL
INTERNAL REVENUE SERVICE
NORTH-ATLANTIC REGION
1600 Stewart Avenue
Suite 601
Westbury, New York 11590

SEP 1 3 1996

Mr. Morris J. Silberstein
2209 Ave. J
Brooklyn, N.Y. 11210

Date summons served: July 11, 1996
Date of appearance as specified in summons: August 22, 1996
   Taxpayer's name if not person summoned:

Dear Mr. Silberstein:

   The District Director of Internal Revenue for the Brooklyn District has notified this office that you did not comply with the above summons requiring you to give testimony or produce documents.

   Legal proceedings in the United States District Court may be brought against you for your failure to comply. To avoid such proceedings, you should keep the appointment that has been arranged for you with the Revenue Officer identified below. Please bring to his/her address at the date and time shown, all documents and records specified in the summons.

   If you have questions, please contact the Revenue Officer.

                              Sincerely yours,

                              DONALD SCHWARTZ
                              District Counsel, Brooklyn

                    By:  Laurence D. Ziegler

                              LAURENCE D. ZIEGLER
                              Assistant District Counsel

---

### PLACE & TIME OF APPEARANCE

---

| NAME AND OFFICE ADDRESS OF REVENUE OFFICER | DATE OF APPOINTMENT: |
|---|---|
| Ms. J. Sterling | October 10, 1996 |
| 625 Fulton St. | TIME:          ROOM: |
| Brooklyn, N.Y. 11201 | 10:00 A.M.    Group 30 |
| 5th. Floor | TELEPHONE NO:718 488 2800 |

---

BRING WITH YOU ALL DOCUMENTS SPECIFIED IN ORIGINAL SUMMONS

---

2N56

*Exhibit C*

SIR: .

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on the ____ day of _____ , 19___ , at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York,

_____ , 19___

_____

United States Attorney,
Attorney for _____

To:

_____

_____

_____

Attorney for _____

SIR:

PLEASE TAKE NOTICE that the within is a true copy of _____ duly entered herein on the ____ day of _____ _____ , in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York·

_____ , 19___

United States Attorney,
Attorney for _____

To:

_____

_____

Attorney for _____

Civil _____  Action     No. _____

## UNITED STATES DISTRICT COURT
### Eastern District of New York

UNITED STATES OF AMERICA and JOAN STERLING, Revenue Officer of the Internal Revenue Service,

Petitioners,

- against -

MORRIS J. SILBERSTEIN,

Respondent.

PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

Zachary W. Carter

United States Attorney, EDNY
Attorney for _____
Office and Post Office Address,
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Due service of a copy of the within _____ _____ is hereby admitted.

Dated: _____ , 19 _____

Attorney for _____

SAUSA THOMAS A. JONES, JR.
718-254-6024

# ORIGINAL

IMA:TAJ:lf
F.#
TJ6_220.MOL

TAJ-7228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -x  **MISC.   96   142**

UNITED STATES OF AMERICA and
JOAN STERLING, Revenue
Officer of the Internal Revenue
Service,

        Petitioners,

  - against -

MORRIS J. SILBERSTEIN,

        Respondent.

- - - - - - - - - - - - - - - -X

**GLEESON, J.**

Miscellaneous Action
No.

Nov 25   4 08 PM '96

CLERK
U.S. DISTRICT COURT
EDNY
BROOKLYN OFFICE

## MEMORANDUM OF LAW IN SUPPORT OF
## PETITION TO ENFORCE
## INTERNAL REVENUE SUMMONS

              ZACHARY W. CARTER
              United States Attorney
              Eastern District of New York
              One Pierrepont Plaza, 14th Fl.
              Brooklyn, New York 11201

THOMAS A. JONES, JR.
Special Assistant U.S. Attorney
    (Of Counsel)



# ORIGINAL

IMA:TAJ:lf
F.#
TJ6_220.MOL

TAJ-7228

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA and
JOAN STERLING, Revenue
Officer of the Internal Revenue
Service,

        Petitioners,

  - against -

MORRIS J. SILBERSTEIN,

        Respondent.

- - - - - - - - - - - - - - - -X

Miscellaneous Action
No.

## MEMORANDUM OF LAW IN SUPPORT OF
## PETITION TO ENFORCE
## INTERNAL REVENUE SUMMONS

ZACHARY W. CARTER
United States Attorney
Eastern District of New York
One Pierrepont Plaza, 14th Fl.
Brooklyn, New York 11201

THOMAS A. JONES, JR.
Special Assistant U.S. Attorney
    (Of Counsel)

ORIGINAL

## PRELIMINARY STATEMENT

The United States of America submits this memorandum of law in support of its petition to enforce an Internal Revenue Service summons duly issued and served on respondent pursuant to § 7602 of the Internal Revenue Code, 26 U.S.C. § 7602.

## STATEMENT OF FACTS

We respectfully refer the Court to the facts set forth in the petition of the United States and in the affidavit of the Internal Revenue Service Revenue Officer familiar with this matter. These papers indicate that the summons in question have been issued in accordance with proper administrative steps seeking testimony and records as part of an investigation of the taxpayer, MORRIS J. SILBERSTEIN. Respondent has not appeared or produced any documents called for in the summons.

### ARGUMENT

RESPONDENT'S FAILURE TO OBEY
THE SUMMONS OF THE INTERNAL REVENUE
SERVICE SUBJECTS HIM TO THE
COMPULSORY PROCESSES OF THIS COURT

A.   Pertinent Statutory Provisions

Title 26, United States Code, Section 7402 (Jurisdiction

of District Courts), states in part:

> (b) To Enforce Summons. -- If any person is
> summoned under the internal revenue laws to
> appear, to testify, or to produce books,
> papers, or other data, the district court of
> the United States for the district in which
> such person resides or may be found shall have
> jurisdiction by appropriate process to compel
> such attendance, testimony, or production of
> books, papers, or other data.

Title 26, United States Code, Section 7602 (Examination

of Books and Witnesses), states:

> For the purpose of ascertaining the
> correctness of any return, making a return
> where none has been made, determining the
> liability of any person for any internal
> revenue tax or the liability at law or in
> equity of any transferee or fiduciary of any
> person in respect of any internal revenue tax,
> or collecting any such liability, the
> Secretary or his delegate is authorized --
>
> (1)  To examine any books, papers, records or other date
>      which may be relevant or material to such inquiry;
>
> (2)  To summon *** any person having possession,
>      custody, or care of books of account containing
>      entries relating to the business of the person
>      liable for tax or required to perform the act, ***
>      to appear before the Secretary at a time and place
>      named in the summons and to produce such books,
>      papers, records, or other data, and to give such
>      testimony under oath as may be relevant or material
>      to such inquiry; and

4

     (3)   To take such testimony of the person concerned, under oath, as may be relevant or material to such inquiry.

Title 26, United States Code, Section 7604 (Enforcement of Summons), states in part:

     (a)   <u>Jurisdiction of District Court.</u> -- If any person is summoned under the internal revenue laws to appear, to testify, or to produce books, papers, records, or other data, the United States District Court for the district in which such person resides or is found shall have jurisdiction by appropriate process to compel such attendance, testimony, or production of books, papers, records, or other data.

## B.   <u>The Criteria for Enforcement</u>

The Supreme Court has articulated the proper criteria for enforcing an Internal Revenue Service summons issued under 26 U.S.C. § 7602.   The petition is required to make an initial showing:

     [T]hat the investigation will be conducted pursuant to a legitimate purpose, that the inquiry may be relevant to the purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed. . . .

<u>United States v. La Salle National Bank</u>, 437 U.S. 298, 313-14 (1978) (quoting <u>United States v. Powell</u>, 379 U.S. 48, 57-58 (1964)).   The Revenue Officer's affidavit and the petition demonstrate that these criteria have been amply satisfied in this case.   Once this preliminary showing has been made, it is the burden of persons opposing enforcement to establish that enforcement of the summons would constitute an abuse of the Court's process, <u>see</u> <u>United States v. Powell</u>, 379 U.S. at 58, or to

"disprove the actual existence of a valid tax determination or collection purpose of the Service," <u>La Salle National Bank</u>, 437 U.S. at 316.   <u>See also</u> <u>Donaldson v. United States</u>, 400 U.S. 517 (1971); <u>Reisman v. Caplin</u>, 375 U.S. 440 (1964).

6

## CONCLUSION

Respondent should be directed to appear before this Court to show cause why he should not be compelled to obey the mandate of the summons.

Dated:  Brooklyn, New York
        Nov. 25, 1996

                        Respectfully submitted,

                        ZACHARY W. CARTER
                        United States Attorney
                        Eastern District of New York
                        One Pierrepont Plaza, 14th Fl.
                        Brooklyn, New York 11201

_Thomas A. Jones Jr._
THOMAS A. JONES, JR.
Special Assistant U.S. Attorney
     (Of Counsel)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (For more detailed instructions, see separate instruction sheet.)

TAJ-7228

**PLAINTIFFS**

UNITED STATES OF AMERICA and
JOAN STERLING, REVENUE OFFICER
OF THE INTERNAL REVENUE SERVICE

**DEFENDANTS**

MORRIS J. SILBERSTEIN
2209 AVENUE.J.
BROOKLYN, NY 11210

MISC 96 142

**COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Kings
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
ZACHARY W. CARTER
United States Attorney's Office - EDNY
1 Pierrepont Plaza, 14th Fl.
Brooklyn, NY 11201
Attn: SAUSA Thomas A. Jones, Jr.

**ATTORNEYS (IF KNOWN)**

GLEESON, J.

**BASIS OF JURISDICTION** (PLACE AN ⊡ IN ONE BOX ONLY)

☒ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 4 DIVERSITY

**IF DIVERSITY, INDICATE CITIZENSHIP ON REVERSE.**
(28 USC 1332, 1441)

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

Enforcement of an Internal Revenue Summons Pursuant to 26 U.S.C. Sections 7402(b), 7602 and 7604(a).

**(PLACE AN ⊡ IN ONE BOX ONLY)**

## NATURE OF SUIT

| CONTRACT | TORTS | CIVIL RIGHTS | ACTIONS UNDER STATUES | | | OTHER STATUTES Cont |
|---|---|---|---|---|---|---|
| | | | FORFEITURE PENALTY | BANKRUPTCY | | |
| ☐ 110 INSURANCE | **PERSONAL INJURY** | ☐ 441 VOTING | ☐ 610 AGRICULTURE | ☐ 420 TRUSTEE | | ☐ 450 COMMERCE ICC RATES. ETC. |
| ☐ 120 MARINE | ☐ 310 AIRPLANE | ☐ 442 JOBS | ☐ 620 FOOD & DRUG | ☐ 421 TRANSFER (S15b) | | ☐ 460 DEPORTATION |
| ☐ 130 MILLER ACT | ☐ 315 AIRPLANE PRODUCT LIABILITY | ☐ 443 ACCOMMODATIONS | ☐ 630 LIQUOR LAWS | ☐ 422 APPEAL (801) | | ☐ 810 SELECTIVE SERVICE |
| ☐ 140 NEGOTIABLE INSTRUMENT | ☐ 320 ASSAULT, LIBEL & SLANDER | ☐ 444 WELFARE | ☐ 640 R.R. & TRUCK | **PROPERTY RIGHTS** | | ☐ 850 SECURITIES COMMODITIES EXCHANGE |
| ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | ☐ 330 FEDERAL EMPLOYERS LIABILITY | ☐ 440 OTHER CIVIL RIGHTS | ☐ 650 AIRLINES REGS | ☐ 820 COPYRIGHT | | ☐ 891 AGRICULTURAL ACTS |
| | | | ☐ 660 OCCUPATIONAL SAFETY/HEALTH | ☐ 830 PATENT | | |
| ☐ 151 MEDICARE ACT | ☐ 340 MARINE | | ☐ 690 OTHER | ☐ 840 TRADEMARK | | ☐ 892 ECONOMIC STABILIZATION ACT |
| ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS | ☐ 345 MARINE PRODUCT LIABILITY | | | **SOCIAL SECURITY** | | ☐ 893 ENVIRONMENTAL MATTERS |
| ☐ 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS | ☐ 350 MOTOR VEHICLE | | | ☐ 861 HIA (1395ff) | | ☐ 894 ENERGY ALLOCATION ACT |
| | ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY | | | ☐ 862 BLACK LUNG (923) | | |
| | | **PRISONER PETITIONS** | **LABOR** | ☐ 863 DIWC (405 (g)) | | ☐ 895 FREEDOM OF INFORMATION ACT |
| ☐ 160 STOCKHOLDERS SUITS | ☐ 360 OTHER PERSONAL INJURY | | | ☐ 863 DIWW (405 (g)) | | |
| ☐ 190 OTHER CONTRACT | ☐ 362 PERSONAL INJURY—MED. MALPRACTICE | ☐ 510 VACATE SENTENCE (2255) | ☐ 710 FAIR LABOR STANDARDS | ☐ 864 SSID Title XVI | | ☐ 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| ☐ 195 CONTRACT PRODUCT LIABILITY | ☐ 365 PERSONAL INJURY PRODUCT LIABILITY | ☐ 530 HABEAS CORPUS | ☐ 720 LABOR/MGMT RELATIONS | ☐ 865 RSI (405 (g)) | | |
| | | ☐ 540 MANDAMUS & OTHER | ☐ 730 LABOR/MGMT REPORTING & DISCLOSURE ACT | **TAX SUITS** | | |
| **REAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 550 CIVIL RIGHTS | | ☒ 870 TAXES | | ☐ 950 CONSTITUTIONALITY OF STATE STATUTE |
| ☐ 210 CONDEMNATION | ☐ 370 OTHER FRAUD | | ☐ 740 RAILWAY LABOR ACT | ☐ 871 IRS-THIRD PARTY 26 USC 7609 | | ☐ 890 OTHER STATUTORY ACTIONS |
| ☐ 220 FORECLOSURE | ☐ 371 TRUTH IN LENDING | | ☐ 790 OTHER LABOR LITIGATION | ☐ 875 CUSTOMER CHALLENGE 12 USC 3410 | | |
| ☐ 230 RENT LEASE & EJECTMENT | ☐ 380 OTHER PERSONAL PROPERTY | | ☐ 791 EMPL. RET. INC. SECURITY ACT | | | |
| ☐ 240 TORTS TO LAND | | | | **OTHER STATUTES** | | |
| ☐ 245 TORT PRODUCT LIABILITY | ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY | | | ☐ 400 STATE REAPPORTIONMENT | | |
| ☐ 290 ALL OTHER REAL PROPERTY | | | | ☐ 410 ANTI-TRUST | | |
| | | | | ☐ 430 BANKS AND BANKING | | |

## ORIGIN

**(PLACE AN ⊡ IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to D.S. Judge from Magistrate Judgment

UNITED STATES DISTRICT COURT                    (Continued on Reverse Side)

N/A

| ZENSHIP OF PRINCIPAL PARTIES (DIVERSITY) | PTF | DEF |
|---|---|---|
| ZEN OF THIS STATE | ☐1 | ☐1 |
| ORPORATED THIS STATE | ☐2 | ☐2 |
| REIGN CORPORATION-PRINCIPAL ACE OF BUSINESS IN ______ STATE | ☐3 | ☐3 |
| HER NON-CITIZEN THIS STATE | ☐4 | ☐4 |

eck YES only if demanded in complaint:
RY DEMAND: ☐ Yes ☐ No

N/A

*Check/Fill in if demanded in complaint*

| ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | OTHER |
|---|---|---|

RELATED CASE(S) IF ANY

JUDGE ______ DOCKET NUMBER ______

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED*

☐ *1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
☐ *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
☐ *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK*

## ARBITRATION CERTIFICATION

I, N/A ______, counsel for ______ do hereby certify pursuant to the Local Arbitration Rule Section 3(c), that to the best of my knowledge and belief the damages recoverable in the above captioned civil action exceed the sum of $ 100,000.00 exclusive of interest and costs.

______ Relief other than monetary damages is sought.

## DISCLOSURE OF INTERESTED PARTIES—LOCAL RULE 9

Identify any corporate parents, subsidiaries or affiliates of named corporate parties:

None

Did the cause of action arise in Nassau or Suffolk County? No

If you answered yes, please indicate which county. ______

County of residence of plaintiff(s) (1) ______
(2) ______
(3) ______

Others ______

County of residence of defendant(s) (1) Kings
(2) ______
(3) ______

Others ______

I am currently a member in good standing of the bar of this Court.

YES X NO ______

SAUSA Thomas A. Jones, Jr.

Date: Nov. 25, 1996 Signature of Attorney of Record: Thomas A Jones, Jr. SAUSA
TAJ-7228

```
                    U.S. District Court
                New York Eastern (Brooklyn)

          CIVIL DOCKET FOR CASE #: 96-MC-142
```

United States of, et al v. Silberstein          Filed: 11/25/96
Assigned to: Judge John Gleeson
Demand: $0,000                        Nature of Suit:  870
Lead Docket: None                     Jurisdiction: US Plaintiff

Cause: 26:7402 IRS: Petition to Enforce IRS Summons


UNITED STATES OF AMERICA          Thomas A. Jones, Jr., Esq.
     plaintiff                    [COR LD NTC]
                                  United States Attorney's Office
                                  Civil Division
                                  One Pierrepont Plaza
                                  Brooklyn, NY 11201
                                  (718) 254-7000


JOAN STERLING, Revenue Officer    Thomas A. Jones, Jr., Esq.
of the Internal Revenue           (See above)
Service                           [COR LD NTC]
     plaintiff


     v.


MORRIS J. SILBERSTEIN
     respondent


Docket as of December 4, 1996 3:36 pm          Page 1

Proceedings include all events.
1:96mc142       United States of, et al v. Silberstein

11/25/96 1       PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS filed
                 and no summones issued. (ml) [Entry date 12/04/96]

11/25/96 2       MEMORANDUM by United States of, Joan Sterling  in support
                 of Petition to enforce Internal Revenue Summons. (ml)
                 [Entry date 12/04/96]

# ORIGINAL

IMA:TAJ:lf                                          TAJ-7228
F.#
TJ6_220.ORD


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA and
JOAN STERLING, Revenue
Officer of the Internal Revenue
Service,

    Petitioners,

  - against -

MORRIS J. SILBERSTEIN,

    Respondent.

- - - - - - - - - - - - - - -X

ORDER TO SHOW CAUSE

Miscellaneous Action
No.

MISC 96 142

GLEESON J.

Nov 25

U.S. DISTRICT COURT
BROOKLYN OFFICE
CLERK

   Upon the Petition and the exhibits attached thereto,
including the affidavit of JOAN STERLING, a Revenue Officer of the
Internal Revenue Service, and upon the motion of ZACHARY W. CARTER,
United States Attorney for the Eastern District of New York, THOMAS
A. JONES, Jr., Special Assistant United States Attorney, of
counsel, it is:

   ORDERED that respondent MORRIS J. SILBERSTEIN appear
before the United States District Court for the Eastern District of
New York before the undersigned United States District Judge at 225
Cadman Plaza East, Brooklyn, New York 11201 on the *10ᵗʰ day of January,
1997*, at *10:00 a.m.* to show cause why he should not be
compelled to testify and produce the books, records and other
papers demanded in the Internal Revenue Service summons served upon
the respondent on July 11, 1996; and



ORIGINAL

IT IS FURTHER ORDERED that a copy of this Order together with the Petition and annexed exhibits be personally served upon the respondent by the United States Marshal, or, in the alternative, by an official of the Internal Revenue Service on or before ~~December 9, 1996~~ , in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure. *10 days* (JG)

IT IS FURTHER ORDERED that within ~~five (5) days~~ after service of copies of this order, the Petition and annexed exhibits upon them, MORRIS J. SILBERSTEIN and any intervening party shall file and serve a written response to the Petition, supported by appropriate affidavit(s), as well as any motions they desire to make. All motions and issues raised by the pleadings will be considered on the return date of this order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered at the return of this order and any uncontested allegation in the Petition will be considered admitted.

SO ORDERED:

Dated at: Brooklyn, New York
        *November 25* , 1996

_____
United States District Judge

SIR: .

**PLEASE TAKE NOTICE** that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on the ____ day of _____ , 19___ , at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York,

_____ , 19____

_____

**United States Attorney,**
**Attorney for** _____

To:

_____

_____

_____

**Attorney for** _____

SIR:

**PLEASE TAKE NOTICE** that the within is a true copy of _____ duly entered herein on the ____ day of _____ _____ , in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York

_____ , 19____

_____

**United States Attorney,**
**Attorney for** _____

To:

_____

_____

_____

**Attorney for** _____

---

Civil _____ Action   No. _____

**UNITED STATES DISTRICT COURT**
**Eastern District of New York**

UNITED STATES OF AMERICA and JOAN STERLING, Revenue Officer of the Internal Revenue Service,

                 Petitioners,

    - against -

MORRIS J. SILBERSTEIN,

            Respondent.

ORDER TO SHOW CAUSE

Zachary W. Carter

**United States Attorney,** EDNY
**Attorney for** _____
**Office and Post Office Address,**
**United States Courthouse**
**225 Cadman Plaza East**
**Brooklyn, New York 11201**

Due service of a copy of the within _____ _____ is hereby admitted.

Dated: _____ , 19 _____

**Attorney for** _____

SAUSA THOMAS A. JONES, JR.
718-254-6024